**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

*David E. Patton*
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

May 25, 2012

VIA ECF

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:   United States v. Claudia Miller
        12 Cr. 363 (BMC)

Dear Judge Cogan:

  I write to request a permanent modification of the conditions of Ms. Miller's bail, in order to permit her to travel to New Jersey, where she has family and close friends. Ms. Miller was released on the day of her arrest, March 14, 2012, on a $150,000 personal recognizance bond, co-signed by two suretors, with travel restricted to the five boroughs of New York City, and Long Island. Ms. Miller has been reporting regularly to Pre-trial Services and has been in compliance with the conditions of her release. Neither the Government, nor Pre-Trial Services, nor Ms. Miller's suretors, have any objection to permitting her to travel to New Jersey.

  Thank you for your consideration of this request.

                  Respectfully Submitted,

                  Deirdre D. von Dornum
                  Deputy Attorney-in-Charge
                  (718) 330-1208

cc:  Anthony Capozzolo, A.U.S.A.
    Amina Adossa-Ali, Pre-Trial Services